AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTOPHER R. SEALS,

        Petitioner

    v.                                      Civil Action No. 1:20-CV-211
                                                        arising out of 1:13-CR-46

UNITED STATES OF AMERICA,

        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: The court DENIES the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set aside, or Correct Sentence by a Person in Federal Custody and DECLINES to issue a certificate of appealability.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady on a Motion to Vacate, Set Aside, or Correct Sentence.

DATE: December 2, 2020                            ROBERT N. TRGOVICH, CLERK OF COURT

                                                                         By: s/ L. Higgins-Conrad
                                                                               *Signature of Deputy Clerk*